# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.0.3
### Eastern Division

Dennis Adkins

                         Plaintiff,

v.                                            Case No.: 1:12–cv–02871

                                                 Honorable Robert W. Gettleman

Nestle Purina Petcare Company, et al.

                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 7, 2012:

      MINUTE entry before Honorable Robert W. Gettleman: Defendant Nestle Purina's motion [19] for extension of time to 6/12/2012 to answer or otherwise plead is granted. Defendant Walmart's motion [25] for extension of time to 6/12/2012 to answer or otherwise plead is granted. Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.