## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Dennis Adkins, et al.
                                             Plaintiff,

v.                                                                   Case No.: 1:12–cv–02871
                                                                  Honorable Robert W. Gettleman

Nestle Purina Petcare Company, et al.
                                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 19, 2014:

      MINUTE entry before the Honorable Robert W. Gettleman:Motion for extension of time [146] is granted. This is the final extension. Amended complaint is due by 3/12/2014. Response is due by 4/25/2014. Joint status report is due by 5/2/2014. Status hearing date of 4/9/2014 is re–set to 5/14/2014 at 9:00 a.m.Mailed notice (gds)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.