UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

| | |
|---|---|
| DENNIS ADKINS, *et al.*, for themselves and others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>NESTLE PURINA PETCARE COMPANY, *et al.*,<br><br>Defendants. | Case No. 12CV2871<br><br>CLASS ACTION<br><br>Judge Robert W. Gettleman<br><br>CONSOLIDATED WITH:<br>3:12CV880 (D. Conn.)<br>4:12CV4774 (N.D. Cal.)<br>4:12CV4785 (N.D. Cal.) |
| FARIS MATIN, for himself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NESTLE PURINA PETCARE COMPANY, et al.,<br><br>Defendants. | Case No. 1:13CV01512<br><br>CLASS ACTION<br><br>Judge Robert W. Gettleman |
| ROSALINDA M. GANDARA, for herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NESTLE PURINA PETCARE COMPANY, *et al.*,<br><br>Defendants. | Case No. 1:13CV4159<br><br>CLASS ACTION<br><br>Judge Robert W. Gettleman |

JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION
SETTLEMENT, APPROVAL OF PROPOSED FORM OF NOTICE, AND
PRELIMINARY CERTIFICATION OF SETTLEMENT CLASS

945197_1

Plaintiffs and Defendants Nestle Purina PetCare Company and Waggin' Train, LLC (collectively, the "Parties") hereby jointly move the Court for entry of an Order: (1) preliminarily approving the terms of the settlement as set forth in the Stipulation of Class Action Settlement ("Agreement"); (2) conditionally certifying the Class for settlement purposes; (3) approving the form and method for providing notice of the settlement to the Settlement Class; and (4) scheduling a Final Approval Hearing.

This motion is based upon the Agreement and all exhibits attached thereto; the Memorandum of Law in Support of Joint Motion for Preliminary Approval of Class Action Settlement, Approval of Proposed Form of Notice, and Preliminary Certification of Settlement Class; the [Proposed] Preliminary Approval Order, all other pleadings and matters of record, and such additional evidence or argument as may be presented.

Accordingly, the Parties request that the Court enter the Preliminary Approval Order, a copy of which is attached hereto.

Dated: May 30, 2014

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| By:    s/ E. Desmond Hogan <br>        E. DESMOND HOGAN | By:    s/ Thomas E. Soule <br>        THOMAS E. SOULE |
| Craig A. Hoover <br> E. Desmond Hogan <br> Miranda L. Berge <br> HOGAN LOVELLS US LLP <br> Columbia Square <br> 555 Thirteenth Street, NW <br> Washington, District of Columbia 20004 <br> Telephone: (202) 637-5600 <br> Facsimile: (202) 637-5910 <br> craig.hoover@hoganlovells.com <br> desmond.hogan@hoganlovells.com <br> miranda.berge@hoganlovells.com | James O. Latturner <br> Thomas E. Soule <br> Daniel A. Edelman <br> Cathleen M. Combs <br> Tara Leigh Goodwin <br> Catherine Anne Ceko <br> Edelman Combs Latturner & Goodwin LLC <br> 120 S. LaSalle Street, Suite 1800 <br> Chicago, Illinois 60603 <br> Telephone: (312) 739-4200 <br> Facsimile: (312) 419-0379 <br> courtecl@edcombs.com |

945197_1

| | |
|---|---|
| Stephen Novack<br>Richard G. Douglass<br>NOVACK AND MACEY LLP<br>Chicago, Illinois 60606<br>Telephone: (312) 419-6900<br>Facsimile: (312) 419-6928<br>snovack@novackmacey.com<br>rdouglass@novackmacey.com<br>**Attorneys for Defendants** | Bruce E. Newman<br>Brown Paindiris & Scott LLP<br>747 Stafford Avenue<br>Bristol, Connecticut 06010<br>Telephone: (860) 583-5200<br>Facsimile: (860) 589-5780<br>bnewman@bpslawyers.com<br><br>**Attorneys for Plaintiffs in** *Adkins,*<br>*et al. v. Nestle Purina Petcare Compa*n*y,*<br>**et al., Case No. 1:12-cv-02871**<br><br><br>By:   s/ Stuart A. Davidson<br>      STUART A. DAVIDSON<br><br>Stuart A. Davidson<br>Robbins Geller Rudman & Dowd LLP<br>120 E. Palmetto Park Road, Suite 500<br>Boca Raton, Florida 33432<br>Telephone: (561) 750-3000<br>Facsimile: (561) 750-3364<br>sdavidson@rgrdlaw.com<br><br>Rachel J. Jensen<br>Phong L. Tran<br>Robbins Geller Rudman & Dowd LLP<br>655 West Broadway, Suite 1900<br>San Diego, California 92101<br>Telephone: (619) 231-1058<br>Facsimile: (619) 231-7423<br>rachelj@rgrdlaw.com<br>ptran@rgrdlaw.com<br><br>**Attorneys for Plaintiff in** *Matin v. Nestle*<br>*Purina PetCare Company, et al.***, Case No.**<br>**1:13-cv-01512**<br><br><br>By:   s/ James Treglio<br>      JAMES TREGLIO<br><br>James Treglio<br>Robert Craig Clark<br>The Clark Law Firm<br>600 B Street, Suite 2130<br>San Diego, California 92101<br>Telephone: (619) 239-1321<br>Facsimile: (619) 239-5888<br>jtreglio@clarklawyers.com<br>cclark@clarklawyers.com |

- 2 -

Patrick W. Morrissey
Thomas G. Morrissey, Ltd.
10249 S. Western Avenue
Chicago, Illinois 60643
Telephone: (773) 233-7900
patrickmorrissey1920@gmail.com

**Attorneys for Plaintiff in *Gandara v. Nestle Purina PetCare Company, et al.,* Case No. 1:13-cv-04159**

## ECF CERTIFICATION

The filing attorney attests that he has obtained concurrence regarding the filing of this document from the signatories to this document.

Dated: May 30, 2014          By:  s/ Thomas E. Soule
                                                                              THOMAS E. SOULE

CERTIFICATE OF SERVICE

I hereby certify that on May 30, 2014, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the attached Electronic Mail Notice List, and I hereby certify that I caused to be mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the attached Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on May 30, 2014.

    s/ Thomas E. Soule
THOMAS E. SOULE

Edelman Combs Latturner & Goodwin LLC
120 S. LaSalle Street, Suite 1800
Chicago, Illinois 60603
Telephone: (312) 739-4200
Facsimile: (312) 419-0379

courtecl@edcombs.com

945263_1

# Mailing Information for a Case 1:12-cv-02871 Adkins v. Nestle Purina Petcare Company et al

## Electronic Mail Notice List

The following are those who are currently on the list to receive e-mail notices for this case.

- **Miranda L Berge**
  miranda.berge@hoganlovells.com

- **Catherine Anne Ceko**
  cceko@edcombs.com

- **Cathleen M. Combs**
  ccombs@edcombs.com,courtecl@edcombs.com

- **Richard George Douglass**
  rdouglass@novackandmacey.com,ntendy@novackandmacey.com

- **Daniel A. Edelman**
  courtecl@edcombs.com,dedelman@edcombs.com

- **Tara Leigh Goodwin**
  tgoodwin@edcombs.com,jpendleton@edcombs.com

- **Jeffrey W. Gunn**
  jeffrey.gunn@morrisandstella.com

- **Edward Desmond Hogan**
  desmond.hogan@hoganlovells.com

- **Craig A. Hoover**
  craig.hoover@hoganlovells.com

- **James O. Latturner**
  jlatturner@edcombs.com

- **Bruce Edward Newman**
  bnewman@bpslawyers.com

- **Stephen Novack**
  sn@novackandmacey.com,kathyz@novackandmacey.com

- **Thomas Everett Soule**
  tsoule@edcombs.com,courtecl@edcombs.com

- **Reginald Terrell**
  reggiet2@aol.com

**Manual Notice List**

The following is the list of attorneys who are **not** on the list to receive e-mail notices for this case (who therefore require manual noticing). You may wish to use your mouse to select and copy this list into your word processing program in order to create notices or labels for these recipients.

- `(No manual recipients)`