IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DENNIS ADKINS, et al., for themselves and others )
similarly situated, )
                                         )
           Plaintiffs, )    No.  12 C 2871
     v. )
                                            )    Judge Robert W. Gettleman
NESTLE PURINA PETCARE COMPANY, et al., )
                                            )
          Defendants. )
_____ )
                                            )
FARIS MATIN, for himself and others similarly )
situated, )
                                            )
          Plaintiff, )    No. 13 C 1512
                                            )
     v. )    Judge Robert W. Gettleman
                                            )
NESTLE PURINA PETCARE COMPANY, et al., )
                                            )
          Defendants, )
_____ )
                                            )
ROSALINDA M. GANDARA, for herself and )
others similarly situated, )
                                            )
          Plaintiff, )    No. 13 C 4159
                                            )
     v. )    Judge Robert W. Gettleman
                                            )
NESTLE PURINA PETCARE COMPANY, et al. )
                                            )
          Defendants. )

## ORDER

      Hearing held on motion for preliminary approval of class settlement and certification of

nation-wide class.  Defendants' memorandum in response to objector's suggestion that certified

Missouri class be carved out of the proposed settlement is to be filed by September 10, 2014.

Objector's reply to be filed by September 17, 2014.  Hearing on motion for preliminary approval
continued to October 9, 2014, at 1:30 p.m.


**ENTER:**      **September 3, 2014**

**Robert W. Gettleman**
**United States District Judge**